**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1822-REB-MJW

BUFFALO MANAGERS, LLC, a Wyoming limited liability company, and
BUFFALO POWER COMPANY, LLC, a Wyoming limited liability company,

    Plaintiffs,

v.

PACE GLOBAL ENERGY SERVICES, LLC, a Virginia limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Joint and Stipulated Motion for Dismissal With Prejudice** on June 23, 2005. After careful review of the motion and the file, the court has concluded that the motion is granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Joint and Stipulated Motion for Dismissal With Prejudice**, filed on June 23, 2005, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

3. That the trial preparation conference set for August 11, 2006, and the jury trial set to commence August 28, 2006, are **VACATED**; and

4. That any pending motion is **DENIED** as moot.

Dated this 23rd day of June, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge